**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Tavani, Peter E.
　　Debtor : 19-10709

## CERTIFICATE OF SERVICE

　　I certify that on  July 2, 2019 , I served by first class regular U.S. mail, postage prepaid and or by electronic means, I a copy of Debtor's **Reimposition of Stay as to Property of the Estate**  and Order Requiring Answer and Notice of Hearing to consider motion to below listed creditor and  trustee.

　　　　　　　　　　　　　　　　 "/s/" Mitchell J. Prince
　　　　　　　　　　　　　　　　John L. McClain, Esquire
　　　　　　　　　　　　　　　　Mitchell J. Prince, Esquire
　　　　　　　　　　　　　　　　Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072-0123

William E. Craig
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Phone: 856/866-0100, Fax: 856/722-1554
Attorney ID: 92329
Local Counsel for Santander Consumer USA Inc.

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth,TX 76161-1245
ATTN: Kimberly Lopez

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106