**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Tavani, Peter E. | : Chapter 13 |
| Debtor | : 19-10709 |

**CERTIFICATE OF SERVICE**

    I certify that on  July 2, 2019, copies of the **Debtor's Motion to Approve Realtor/Broker, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by  first class, regular U.S. mail, postage prepaid or by electronic means.

Dated:  July 2, 2019.

    "/s/" Mitchell J. Prince
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

JAY SPAZIANO REAL ESTATE
Jay Spaziano and Gina Spaziano
1113 General Washington Mem. Blvd
Washington Crossing, PA 18977-1303

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940