**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tavani, Peter E. | | |
| Debtor | : | 19-10709 |

### PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

The Debtor hereby withdraw the document captioned **Debtor's Motion for Reconsideration/Reimposition of Stay as to Property of the Estate** with respect to his 2016 Lexus ES350 bearing vehicle identification number JTHBK1GG2G2232205 (Docket No. 37) filed by Debtor.

Date: July 20, 2019

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor