# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tavani, Peter E.  : Chapter 13

Debtor  : 19-10709

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 30th day of July 2019, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker JAY SPAZIANO REAL ESTATE by its designated licensee and realtors, Jay Spaziano and Gina Spaziano ("realtor/broker"), located at 1113 General Washington Mem. Blvd, Washington Crossing, PA 18977-1303 for the purpose of selling his property located at 476 Revere Drive, Holland, PA 18966.

BY THE COURT

Dated: 7/30/19

Magdeline D. Coleman
Chief United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

JAY SPAZIANO REAL ESTATE
Jay Spaziano and Gina Spaziano
1113 General Washington Mem. Blvd
Washington Crossing, PA 18977-1303