United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10709-mdc
Peter E. Tavani                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Jul 31, 2019 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
db             +Peter E. Tavani,    127 Liberty Drive,    Newtown, PA 18940-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
      JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
       jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      JOHN L. MCCLAIN    on behalf of Debtor Peter E. Tavani aaamcclain@aol.com, edpabankcourt@aol.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
       robert.davidow@phelanhallinan.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
       ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                            TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tavani, Peter E.            : Chapter 13

Debtor                      : 19-10709

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 30th day of July 2019, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker JAY SPAZIANO REAL ESTATE by its designated licensee and realtors, Jay Spaziano and Gina Spaziano ("realtor/broker"), located at 1113 General Washington Mem. Blvd, Washington Crossing, PA 18977-1303 for the purpose of selling his property located at 476 Revere Drive, Holland, PA 18966.

BY THE COURT

Dated: 7/30/19

Magdeline D. Coleman
Chief United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

JAY SPAZIANO REAL ESTATE
Jay Spaziano and Gina Spaziano
1113 General Washington Mem. Blvd
Washington Crossing, PA 18977-1303