United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-10709-mdc
Peter E. Tavani                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1              Date Rcvd: Sep 10, 2019
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
14362669         Kingsmead Asset Holding Trust,    c/o ROUNDPOINT MORTGAGE SERVICING,    CORPORATION,
                  P.O. Box 19409,   Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
      JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
       jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      JOHN L. MCCLAIN    on behalf of Debtor Peter E. Tavani aaamcclain@aol.com,   edpabankcourt@aol.com
      KEVIN G. MCDONALD     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD     on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD     on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      ROBERT J. DAVIDOW     on behalf of Creditor    WELLS FARGO BANK, N.A.
       robert.davidow@phelanhallinan.com
      THOMAS YOUNG.HAE SONG     on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG     on behalf of Creditor    Santander Consumer USA Inc.
       ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                         TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10709-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Peter E. Tavani
127 Liberty Drive
Newtown PA 18940

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/03/2019.

Name and Address of Alleged Transferor(s):

Claim No. 10: Kingsmead Asset Holding Trust, c/o ROUNDPOINT MORTGAGE SERVICING, CORPORATION, P.O. Box 19409, Charlotte, NC 28219-9409

Name and Address of Transferee:

Carisbrook Asset Holding Trust
c/o RoundPoint Mortgage Servicing Corp
5016 Parkway Plaza Blvd.
Buildings 6 & 8
Charlotte, NC 28217

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/12/19

Tim McGrath
**CLERK OF THE COURT**