**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tavani, Peter E. | | |
| Debtor | : | 19-10709 |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

The Debtors hereby withdraw the document captioned **APPLICATION OF DEBTOR FOR ORDER TO SELL REAL PROPERTY PROPERTY FREE AND CLEAR OF LIENS (Docket No. 59)** *as moot since Buyers have exercised their right to terminate the agreement.*

Date:  September 30, 2019

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor