**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                         CASE NO.: 19-10709-mdc
                                                                                                       **CHAPTER 13**

Peter E. Tavani,

    Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WELLS FARGO BANK, N.A. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                           RAS Crane, LLC
                                           Attorney for Secured Creditor
                                           10700 Abbott's Bridge Road
                                           Suite 170
                                           Duluth, GA 30097
                                           Telephone: 470-321-7112

                                           By: /s/Cristina DiGiannantonio
                                                 Cristina DiGiannantonio
                                                 Email: cdigiannantonio@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOHN L. MCCLAIN
JOHN L. MCCLAIN AND ASSOCIATES
P.O. BOX 123
NARBERTH, PA 19072-0123

WILLIAM C. MILLER, ESQ.
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

PETER E. TAVANI
127 LIBERTY DRIVE
NEWTOWN, PA 18940

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road
    Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Cristina DiGiannantonio
    Cristina DiGiannantonio
    Email: cdigiannantonio@rascrane.com