**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Tavani, Peter E.           : Chapter 13

    **Debtor**                : 19-10709

**CERTIFICATE OF SERVICE**

    I certify that on October 26, 2019, copies of the **Debtor's Second Motion to Approve Realtor/Broker, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

Dated: October 26, 2019.

                      "/s/" Mitchell J. Prince
                      John L. McClain, Esquire
                      Mitchell J. Prince, Esquire
                      Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Joseph Bograd, Re/Max Elite
1456 County Line Rd
Huntingdon Valley, PA 19006-1810

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940