**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Tavani, Peter E. | : | Chapter 13 |
| Debtor | : | 19-10709 |

**CERTIFICATE OF SERVICE**

    I certify that on  October 27, 2019, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Second Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated:  September 8, 2019.

                                                 "/s/" Mitchell J. Prince
                                                 John L. McClain, Esquire
                                                 Mitchell J. Prince, Esquire
                                                 Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940

M&T Bank
c/o Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000

Joseph Bograd, Re/Max Elite
1456 County Line Rd
Huntingdon Valley, PA 19006-1810
josephbograd@remax.net