**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                       **: Chapter 13**

**Tavani, Peter E.**

        **Debtor**

                                      **:**       **19-10709**

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on November 13, 2019 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.


Dated:November 13, 2019


                     "/s/"Mitchell J. Prince
                    John L. McClain, Esquire
                    Mitchell J. Prince, Esquire
                    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072