United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-10709-mdc
Peter E. Tavani                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR          Page 1 of 1           Date Rcvd: Nov 15, 2019
                           Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db            +Peter E. Tavani,   127 Liberty Drive,   Newtown, PA 18940-1147
r             +Jay Spaziano Real Estate,   1113 General Washington Mem. Blvd.,
               Washington Crossing, PA 18977-1320
cr            +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
cr            +Tredyffrin/Easttown School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
cr            +Wells Fargo Bank , N.A.,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
        JAMES RANDOLPH WOOD   on behalf of Creditor   Tredyffrin/Easttown School District
         jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        JOHN L. MCCLAIN   on behalf of Debtor Peter E. Tavani aaamcclain@aol.com,  edpabankcourt@aol.com
        KEVIN G. MCDONALD   on behalf of Creditor   Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Carisbrook Asset Holding Trust
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        ROBERT J. DAVIDOW   on behalf of Creditor   WELLS FARGO BANK, N.A.
         robert.davidow@phelanhallinan.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
         ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                        TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Peter E. Tavani <br> <u>Debtor</u> | CHAPTER 13 |
| Carisbrook Asset Holding Trust <br> <u>Movant</u> <br> vs. | NO. 19-10709 MDC |
| Peter E. Tavani <br> <u>Debtor</u> | |
| William C. Miller Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## <u>STIPULATION</u>

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$21,253.04,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2019 to October 2019 at $3,374.63/month |
| Suspense Balance: | $25.74 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$21,253.04** |

2.    The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$21,253.04.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$21,253.04** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.    Beginning with the payment due November 1, 2019 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $3,374.63 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.    Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.     In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.     If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.     If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.     The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.     The parties agree that a facsimile signature shall be considered an original signature.

Date:     October 14, 2019            By: /s/ Kevin G. McDonald, Esquire
                                         Attorney for Movant

Date: 11/3/19

                                         John L. McClain, Esquire
                                         Attorney for Debtor                 Mitchell J Prince, ESQ.

                                                                             **NO OBJECTION**

Date: 11/13/19

                                         William C. Miller, Esquire      without prejudice to any
                                         Chapter 13 Trustee               trustee rights or remedies

Approved by the Court this 15th day of November , 2019. However, the court retains discretion regarding entry of any further order.

                                         Magdeline D. Coleman

                              Chief U.S. Bankruptcy Judge
                              Magdeline D. Coleman