# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Peter E. Tavani, | : | |
| | : | |
|           Debtor | : | No. 19-10709mdc |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for creditor, Glenhardie Condominium Association and hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone, facsimile number, and email address indicated:

Patricia M. Mayer, Esquire
PATRICIA M. MAYER, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300 (P)
215-493-4304(F)
patriciamayerpc@gmail.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PATRICIA M. MAYER, PC

Dated: 11/20/19     */s/ Patricia M. Mayer*
Patricia M .Mayer, Esquire
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300
*Counsel for Glenhardie Condominium Association*