UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Peter E. Tavani, | : | Bankruptcy No. 19-10709mdc |
| | : | **HEARING DATE: 12/17/19 10:30 a.m.** |
| Debtor. | : | **COURTROOM NO. 2** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Glenhardie Condominium Association, has filed with the Court a Motion for Relief from Automatic Stay regarding Debtor's property located at 214 Drummers Lane, Wayne, PA 19087.

**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 12/04/19   you or your attorney must do **all** of the following:

(a)      file an answer to the motion at:
Clerk, U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street
Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the movants' attorney:
Patricia M. Mayer, Esquire
PATRICIA M. MAYER, PC
301 Oxford Valley Rd., Ste. 203B
Yardley, PA 19067
Phone:   (215) 493-4300/Fax: (215) 493-4304

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Chief Judge Magdeline D. Coleman on December 17, 2019 at 10:30 a.m., in Crtrm. 2, U.S. Bankruptcy Court, Nix Building, 900 Market St., Philadelphia, PA.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4.   If a copy of the motion is not enclosed, a copy will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  November 20, 2019