# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tavani, Peter E.     : Chapter 13

Debtor     : 19-10709

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW**, this 19th day of November 2019, upon consideration of the second application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Re/Max Elite by its designated licensee and realtor Joseph Bograd ("realtor/broker") located at 1456 County Line Rd, Huntingdon Valley, PA 19006-1810 for the purpose of selling his property located at 476 Revere Drive, Holland, PA 18966.

BY THE COURT

Dated: 11/19/19

_Magdeline D. C_____
Chief Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940

Joseph Bograd, Re/Max Elite
1456 County Line Rd
Huntingdon Valley, PA 19006-1810

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106