UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :
    Peter E. Tavani,                              :          Chapter 13
        Debtor.                               :
                                                   :          Bankruptcy No. 19-10709mdc

## **ENTRY/WITHDRAW OF APPEARANCE BY DEBTOR'S COUNSEL**

To the Clerk:

Kindly withdraw my appearance on behalf of the Movant, Glenhardie Condominium Association, in the above-referenced matter.

/s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
PATRICIA M. MAYER, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300

Kindly enter my appearance on behalf of the Movant, Glenhardie Condominium Association, in the above-referenced matter.

/s/ Howard Gershman
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046
215-886-1120