# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter E. Tavani<br>　　　　　　Debtor<br><br>Carisbrook Asset Holding Trust<br>　　　　v.<br>Peter E. Tavani<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 19-10709 MDC |

## ORDER

AND NOW, this 23rd day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 15, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Carisbrook Asset Holding Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 127 Liberty Drive Newtown, PA 18940.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list