United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-10709-mdc
Peter E. Tavani                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey              Page 1 of 1              Date Rcvd: Jan 24, 2020
                         Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db            +Peter E. Tavani,   127 Liberty Drive,   Newtown, PA 18940-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
      HOWARD GERSHMAN    on behalf of    Glenhardie Condominium Association hg229ecf@gmail.com,
       229ecf@glpoc.comcastbiz.net
      JAMES RANDOLPH WOOD    on behalf of Creditor   Tredyffrin/Easttown School District
       jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      JOHN L. MCCLAIN    on behalf of Debtor Peter E. Tavani aaamcclain@aol.com,   edpabankcourt@aol.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
       robert.davidow@phelanhallinan.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
       ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                  TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter E. Tavani<br>      Debtor<br>―――――――――――――――――――<br>Carisbrook Asset Holding Trust<br>    v.<br>Peter E. Tavani<br>    and<br>William C. Miller Esq.<br>      Trustee | Chapter 13<br><br>NO. 19-10709 MDC |

### ORDER

AND NOW, this 23rd day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 15, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Carisbrook Asset Holding Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 127 Liberty Drive Newtown, PA 18940.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list