United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10709-mdc
Peter E. Tavani                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3              Date Rcvd: Feb 10, 2020
                              Form ID: pdf900           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
```
db             +Peter E. Tavani,    127 Liberty Drive,    Newtown, PA 18940-1147
r              +Jay Spaziano Real Estate,    1113 General Washington Mem. Blvd.,
                 Washington Crossing, PA 18977-1320
r              +Re/Max Elite,   c/o Joseph Bograd,    1456 County Line Road,    Huntingdon Valley, PA  19006-1810
cr             +Wells Fargo Bank , N.A.,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14268537       +AMERICAN EXPRESS BANK FSB,    4315 SOUTH 2700 WEST,    SALT LAKE CITY, UT 84184-0002
14277443        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14268538       +BABCOCK, GREGORY JAMES,    1000 N WEST ST STE 1200-1253,    WILMINGTON, DE 19801-1050
14268539       +Bank Of America,    4909 Savarese Circle,    FL1-908-01-50,    Tampa, FL 33634-2413
14286115       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14268541       +Camco Management,    215 W Church Rd/ Ste 101,    King of Prussia, PA 19406-3209
14270853       +Carisbrook Asset Holding Trust,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14383315      #+Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corp,
                 5016 Parkway Plaza Blvd.,    Buildings 6 & 8,    Charlotte, NC 28217-1932
14268542       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14278124       +Citizens Bank N.A.,    One Citizens Bank Way JCA115,    Johnston, RI 02919-1922
14268544       +DOYLE, AMY F,    2041 SPRINGWOOD RD,    YORK, PA 17403-4836
14428888       +Glenhardie Condominium Association,    C/O PATRICIA M. MAYER,    Patricia M. Mayer, PC,
                 301 Oxford Valley Road, Suite 203B,    Yardley, PA 19067-7708
14428713       +Glenhardie Condominium Association,    c/o Penco Management, Inc.,    PO Box 1119,
                 Chadds Ford,PA 19317-0658
14268545       +John L. McClain and Associates, PC,    Suite 318,    1420 Walnut Street,
                 Philadelphia, PA 19102-4002
14268546       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14362669        Kingsmead Asset Holding Trust,    c/o ROUNDPOINT MORTGAGE SERVICING,    CORPORATION,
                 P.O. Box 19409,    Charlotte, NC 28219-9409
14272069       +M&T BANK,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street, Ste. 5000,
                 Philadelphia, PA 19106-1541
14428715       +Patricia Mayer,    301 Oxford Valley Road, Suite 203B,    Suite 203B,    Yardley, PA 19067-7708
14281327       +Penns Courts Property Owners Assoc.,    Binder & Canno, LLC,    803 W. Market Street,
                 West Chester, PA 19382-1953
14268551        Portnoff Law Associates,    2700 Horizan Dr,    Ste 100,    KOP, PA 19046
14268552       +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    PO Box 19409,
                 Charlotte, NC 28219-9409
14304753       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
14275480       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14268553        Santander Bank, NA,    PO Box 12649,    Reading, PA 19612-2649
14353476       +Santander Consumer USA Inc.,    C/O WILLIAM EDWARD CRAIG,    110 Marter Avenue,    Suite 301,
                 Moorestown, NJ 08057-3124
14268554       +Tredyffrin Township,    1100 Duportail Rd,    Berwyn, PA 19312-1079
14289971       +Tredyffrin/Easttown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14290835       +Tredyffrin/Easttown School District,    C/O JAMES RANDOLPH WOOD,    Portnoff Law Associates, Ltd.,
                 2700 Horizon Drive, Ste. 100,    King of Prussia, PA 19406-2726
14292972        WELLS FARGO BANK, N.A.,    Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14268555       +Wells Fargo Bank,    Attn: Bankruptcy,    PO Box 10438,    Des Moines, IA 50306-0438
14308012        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
14285775       +Wells Fargo Bank, N.A.,    Small Business Lending Division,    P.O. Box 29482,
                 Phoenix, AZ 85038-9482
14402624       +Wells Fargo Bank, NA,    C/O RAS Crane, LLC,    Attorney for Secured Creditor,
                 10700 Abbott's Bridge Road,    Suite 170,    Duluth, GA 30097-8461
14268556       +Wells Fargo Home Mortgage,    Attn: Bankruptcy,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 11 2020 03:30:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2020 03:30:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 11 2020 03:30:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14299990       +E-mail/Text: g20956@att.com Feb 11 2020 03:30:42      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14306638        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 03:20:09
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
```

```
District/off: 0313-2           User: Stacey             Page 2 of 3                   Date Rcvd: Feb 10, 2020
                               Form ID: pdf900          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14268543        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2020 03:30:37      Department of Revenue,
                 Commonwealth of PA,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14436718         E-mail/Text: cio.bncmail@irs.gov Feb 11 2020 03:30:31      Department of the Treasury,
                 Internal Revenue Service,    PO BOX 7346,    Philadelphia,PA 19101-7346
14268547         E-mail/Text: camanagement@mtb.com Feb 11 2020 03:30:31      M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
14307430         E-mail/Text: camanagement@mtb.com Feb 11 2020 03:30:31      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14268548        +E-mail/Text: bankruptcygroup@peco-energy.com Feb 11 2020 03:30:31      PECO,   PO Box 13439,
                 Philadelphia, PA 19101-3439
14301850         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:20:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14268549        +E-mail/Text: nod.referrals@fedphe.com Feb 11 2020 03:30:30      Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
14268550        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:20:07
                 Portfolio Recovery,    PO Box 41021,    Norfolk, VA 23541-1021
14431180        +E-mail/Text: bknotices@snsc.com Feb 11 2020 03:30:43
                 U.S. Bank Trust National Association as Trustee,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka CA 95501-0305
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association as Trustee of
14268540        Best Buy/cbna
NONE*          +Glenhardie Condominium Association,    c/o Penco Management, Inc.,    PO Box 1119,
                 Chadds Ford, PA 19317-0658
cr*            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr*            +Tredyffrin/Easttown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14434283*      +Internal Revenue Service,    P O BOX 7346,    Philadelphia PA 19101-7346
                                                                                   TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of    Glenhardie Condominium Association hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOHN L. MCCLAIN    on behalf of Debtor Peter E. Tavani aaamcclain@aol.com,   edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: Stacey              Page 3 of 3              Date Rcvd: Feb 10, 2020
                              Form ID: pdf900           Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
        ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Tavani, Peter E.
Debtor : 19-10709

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Trustee ,Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in #5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b)certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph-6 has-been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 2/6/2020

Magdeline D. Coleman
Chief Bankruptcy Judge

John L. McClain and Associates
Attorney at Law
PO Box 123
Narberth, PA 19072-0123

Tavani, Peter E.
127 Liberty Drive
Newtown, PA 18940

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

ALL CREDITORS