United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10709-mdc
Peter E. Tavani                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: SaraR    Page 1 of 1    Date Rcvd: Mar 27, 2020
                               Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
```
db             +Peter E. Tavani,   127 Liberty Drive,   Newtown, PA 18940-1147
NONE           +Glenhardie Condominium Association,   c/o Penco Management, Inc.,   PO Box 1119,
                 Chadds Ford, PA 19317-0658
r              +Jay Spaziano Real Estate,   1113 General Washington Mem. Blvd.,
                 Washington Crossing, PA 18977-1320
r               Re/Max Elite,   c/o Joseph Bograd,   1456 County Line Road,   Huntingdon Valley, PA  19006-1810
cr             +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
cr             +Tredyffrin/Easttown School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Wells Fargo Bank , N.A.,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association as Trustee of
                                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
```
          HOWARD    GERSHMAN    on behalf of      Glenhardie Condominium Association hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
           jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
          JOHN L. MCCLAIN    on behalf of Debtor Peter E. Tavani aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust
           bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
           robert.davidow@phelanhallinan.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Tavani, Peter E.

       Debtor : 19-10709

### ORDER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AND NOW, this  27th  day of    March    , 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $6,500.00 and $32.00 in expenses are **ALLOWED,** and  the unpaid balance of $5,500.00 and $32.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE